1  James F. Lesniak (CSB # 115,889)
   John B. Sganga, Jr. (CSB # 116,211)
2  Jon W. Gurka (CSB # 187,964)
   Sean M. Murray (CSB # 213,655)
3  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
4  Irvine, CA 92614
   Telephone: (949) 760-0404
5  Facsimile: (949) 760-9502

6  Attorneys for Plaintiff/Counterdefendant,
   SAMUEL GART

7

8  Ronald L. Johnston (CSB # 57,418)          Joel M. Freed, *Pro Hac Vice*
   James S. Blackburn (CSB # 169,134)         Leslie L. Jacobs, Jr. *Pro Hac Vice*
9  ARNOLD & PORTER LLP                         ARNOLD & PORTER LLP
   1900 Avenue of the Stars, 17th Floor        555 Twelfth Street, N.W.
10 Los Angeles, CA 90067-4408                  Washington, D.C. 20004-1206
   Telephone: (310) 552-2500                   Telephone: (202) 942-5000
   Facsimile: (310) 552-1191                   Facsimile: (202) 942-5999

11

12 Attorneys for Defendant/Counterclaimant,
   MICROSOFT CORPORATION

13

14              **UNITED STATES DISTRICT COURT**

15             **CENTRAL DISTRICT OF CALIFORNIA**

16                   **WESTERN DIVISION**

17

18 SAMUEL GART,                        )   Case No. CV 03-1807 CBM (Mcx)
                                       )
19           Plaintiff,                )   STIPULATION FOR DISMISSAL OF
                                       )   ACTION PURSUANT TO FEDERAL
20      v.                             )   RULE OF CIVIL PROCEDURE 41(a)
                                       )
21 MICROSOFT CORPORATION,             )
                                       )
22           Defendant.                )
                                       )
23                                     )   Honorable Consuelo B. Marshall
                                       )
24                                     )
                                       )
25                                     )
26

27

28

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JUN 30 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

DOCKETED ON CM
JUL 1 2004
BY            006

93

1    IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure

2  41(a), by plaintiff and counterclaim defendant Samuel Gart, on the one hand, and

3  defendant and counterclaimant Microsoft Corporation, on the other hand, through

4  their respective counsel of record, that the above-captioned action is dismissed with

5  prejudice in its entirety, each party to bear his or its own costs and attorneys' fees.

6

7  Dated: June 29, 2004                KNOBBE MARTENS OLSEN
                                        & BEAR LLP
8                                       JAMES F. LESNIAK
                                        JOHN B. SGANGA, Jr.
9                                       JON W. GURKA
                                        SEAN M. MURRAY
10

11

12  By: _____
                                        John B. Sganga, Jr.
13                                      Attorneys for Plaintiff and Counterclaimant
                                        Defendant Samuel Gart

14                                      ARNOLD & PORTER LLP
   Dated: June 29, 2004                 JOEL M. FREED
15                                      JAMES S. BLACKBURN

16

17  By: _____
                                        James S. Blackburn
18                                      Attorneys for Defendant and
                                        Counterclaimant Microsoft Corporation

19

20

21                                      IT IS SO ORDERED

22                                      Dated ____6/30/04____

23                                      _____

24                                      United States District Judge

25

26

27

28

                                  2

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA     )

3

COUNTY OF LOS ANGELES )    ss

4

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1900

5

Avenue of the Stars, 17th Floor, Los Angeles, California 90067-4408.

6

     On June 29, 2004, I served the foregoing document described as:

7

**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

8

9

☒   by placing ☐ the original and ☒ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

10

   SEE ATTACHED SERVICE LIST

11

☒   **BY MAIL** I placed such envelope with postage thereon prepaid in the United States Mail at 1900 Avenue of the Stars, 17th Floor, Los Angeles, California

12

90067-4408. Executed on June 29, 2004 at Los Angeles, California.

13

☒   **BY FACSIMILE** The above-referenced document (together with all exhibits and attachments thereto) was transmitted via facsimile transmission to the

14

addressee(s) as indicated on the attached mailing list on the date thereof. The transmission was reported as completed and without error. Executed on June

15

29, 2004 at Los Angeles, California.

16

☒   **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

17

18

19

Stella Gardiner

20

Type or Print Name       /Signature

21

254421v1

22

23

24

25

26

27

28

1

# SERVICE LIST

2

*Gart v. Microsoft*, USDC Case No. CV 03 1807 CBM
and *Gart v. Micro Innovations Corp.*, USDC Case No. CV 03 4320 CBM

3

4    James F. Lesniak
John B. Sganga, Jr.

5    Jon W. Gurka
KNOBBE, MARTENS, OLSON & BEAR, LLP

6    2040 Main Street, Fourteenth Floor
Irvine, California  92614

7    Tel. 949.760.0404
Fax 949.760.9502

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28